In re Stephen E. McCLELLAND,
Petitioner.

No. 02–6796.

United States Court of Appeals,
Fourth Circuit.

Submitted July 3, 2002.

Decided Aug. 22, 2002.

Stephen E. McClelland, Petitioner Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Stephen E. McClelland has filed in this court a petition for a writ of mandamus, seeking to compel the district court to order the state to respond to his objections to the magistrate judge's recommendation regarding his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2002). Because the district court has disposed of

McClelland's § 2254 petition, we deny his motion to proceed in forma pauperis and dismiss the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*